No. 02–5597. CORIA GUZMAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–5598. GENDRON *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 02–5599. CASTILLO-RANGEL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–5600. DAVIDSON *v.* LUEBBERS, SUPERINTENDENT, PO-TOSI CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 02–5602. ROLLE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–5605. WHITE *v.* THOMAS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–5606. DAVIS, AKA COLEMAN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–5607. CHECO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–5608. CLAY, AKA SKALIS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–5609. LICAUSI *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 02–5610. BRYANT *v.* YUKINS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–5613. STOJETZ *v.* OHIO. Ct. App. Ohio, Madison County. Certiorari denied.

No. 02–5614. CHAPMAN *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–5616. CALDERON ALRED *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–5617. BLUNT *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.